**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TOTAL SAFETY, U.S. INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6109** |
| **GARY ROWLAND, AND SAFETY, LLC** | **SECTION "B"(4)** |

## ORDER

Considering the *Ex Parte* Motion for Leave to File Exhibits Under Seal by Defendant Gary Rowland (Rec. Doc. No. 298),

**IT IS ORDERED** that the Motion is **GRANTED**, and **Exhibits No. 1**, and **No. 3** to Defendant's memorandum in opposition to Total Safety's Motion for Partial Summary Judgment, shall hereby be filed under seal.

New Orleans, Louisiana, this 15th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE