**MINUTE ENTRY**
**ROBY, M. J.**
**December 17, 2014**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOTAL SAFETY U.S., INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   13-6109** |
| **GARY ROWLAND** | **SECTION: "B"  (4)** |

The Status Conference (Rec. Doc. No. 344) in the above referenced case scheduled on this date was converted to a Settlement Conference along with **Civil Action 3:14-cv-00645-JWD-RLB in the Middle District of Louisiana**.  Participating were:  Thomas P. Hubert and Joseph F. Lavigne representing the plaintiff, Thomas J. McGoey, II representing the defendant Gary Rowland, and Christine S. Keenan representing the defendant 24Hr Safety, LLC,.  Negotiations were successful and a settlement was reached.  The agreement was recorded by Court Reporter Cathy Pepper, (504) 589-7779.  Joe Waiter on behalf of the plaintiff, Gary Rowland the defendant, and  Amy Hains on behalf of the defendant 24Hr Safety participated in the settlement agreement on the record.

The parties reached an agreement regarding the monetary provisions.  However they will be working on the non-monetary components of the agreement for the next thirty (30) days.  A follow up minute entry will be issued indicating that the terms of the settlement has been confected and a dismissal is appropriate.

**CLERK TO NOTIFY:**
**District Judge Ivan L. R. Lemelle**

**MJSTAR:  02:24**