**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TOTAL SAFETY                                    CIVIL ACTION

VERSUS                                          NO. 13-6109

GARY ROWLAND AND                                SECTION "B"(4)
24HR SAFETY

<u>ORDER</u>

    Considering the Ex Parte Motion for Leave to File Under Seal by Plaintiff, Total Safety (Rec. Doc. No. 357),

    **IT IS ORDERED** that the Motion is **GRANTED** and the Memorandum in Support of Motion to Enforce Settlement Agreement (Rec. Doc. No. 356) is hereby sealed.

    New Orleans, Louisiana, this 19th day of February, 2015.

UNITED STATES DISTRICT JUDGE