UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOTAL SAFETY U.S., INC., | § | |
|     Plaintiff, | § | CIVIL ACTION NO. |
| | § |    2:13-CV-06109-ILRL-KWR |
| | § | |
| VERSUS | § | |
| | § | DISTRICT JUDGE LEMELLE |
| | § | |
| GARY ROWLAND AND | § | MAGIS. JUDGE ROBY |
| 24HR SAFETY, LLC, | § | |
|     Defendants. | § | |

# NOTICE OF MANUAL ATTACHMENT

**EXHIBITS 1-5 FILED UNDER SEAL
IN SUPPORT OF DEFENDANT'S JOINT MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S OBJECTION TO
THE MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**